Dismissed and Memorandum Opinion filed December 11, 2008








 

Dismissed
and Memorandum Opinion filed December 11, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00818-CR

____________

 

TERRY MARK MANGUM,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
239th District Court

Brazoria County, Texas

Trial Court Cause No.
54,426

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by appellant,
has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this Court has not issued an opinion, we grant
appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed December 11, 2008.

Panel consists of Justices Yates,
Guzman, and Sullivan.

Do not publish C Tex.
R. App. P. 47.2(b).